# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:22-CR-00034-KDB-SCR

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **WRIT OF EXECUTION** |
| ) | |
| **DELORES JORDAN** ) | |
| ) | |

TO THE UNITED STATES MARSHAL AND NAVY FEDERAL CREDIT UNION:

A judgment was entered on August 1, 2023 (Doc. No. 126) in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against Defendant, Delores Jordan, whose last known address is Federal Prison Camp Alderson, Glen Ray Road, Box A, Alderson, West Virginia 24910, in the sum of $5,879,540.00. The outstanding balance is $5,879,540.00, as of December 14, 2023.

YOU ARE HEREBY COMMANDED pursuant to 18 U.S.C. § 3613 to satisfy the judgment by levying and/or executing on property, and Navy Federal Credit Union is commanded to turn over property, in a timely manner and no later than ninety (90) days after the date of the issuance of this Writ of Execution, in which Defendant, Delores Jordan, Social Security Number XXX-XX-3549, has a substantial nonexempt interest, the property being funds located in any and all accounts held by Navy Federal Credit Union in the name of Delores Jordan and located at the following address:

NAVY FEDERAL CREDIT UNION
13493 HULL STREET ROAD NORTH
MIDLOTHIAN, VIRGINIA 23112

YOU ARE FURTHER COMMANDED to turn over the net proceeds of the levied property to the United States Clerk of Court. The payment must be mailed to:

1

UNITED STATES DISTRICT CLERK OF COURT
ATTN: FINANCE DEPARTMENT
401 WEST TRADE STREET
CHARLOTTE, NORTH CAROLINA 28202

To ensure that the payment is credited properly, the following information should be included on the check: Court Number DNCW3:22CR000034-002 and Defendant's Name Delores Jordan.

YOU ARE FURTHER COMMANDED that the levy shall not exceed property reasonably equivalent in value to the balance on the account of $5,879,540.00.

**SO ORDERED**.

Signed: January 16, 2024

_____
Susan C. Rodriguez
United States Magistrate Judge